# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 23, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-50951   Riddle v. X Corp
                    USDC No. 1:25-CV-73

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Casey A. Sullivan, Deputy Clerk
                    504-310-7642

Ms. Norma N. Bennett
Mr. Justin Riddle
Mr. Kenneth Michael Trujillo-Jamison