# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 23, 2025
Lyle W. Cayce
Clerk

No. 25-50951

Justin Riddle,

*Plaintiff—Appellant*,

versus

X Corp., *formerly known as* Twitter, Incorporated,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:25-CV-73
_____

### UNPUBLISHED ORDER

Before Jones, Richman, and Ramirez, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellant's opposed motion for sanctions against XCorp for obstruction and "lock out" during appellate proceedings is DENIED.

IT IS FURTHER ORDERED that Appellants' opposed motion to compel access to its X account is DENIED.

IT IS FURTHER ORDERED that Appellant's opposed motion to "cease processing reports" from Brian Schwartz, preserve all evidence

related to suspension, and show cause why "systemic lockouts" during federal litigation do not constitute obstruction of justice is DENIED.