# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

January 16, 2026

Mr. Justin Riddle
16422 Patrick Avenue
Omaha, NE 68116

    No. 25-50951   Riddle v. X Corp
                     USDC No. 1:25-CV-73

Dear Mr. Riddle,

The following pertains to your proposed sufficient brief electronically filed on 1/12/2026.

We filed your brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

Table of authorities must list cases (alphabetically arranged), statutes, and other authorities, **with references to the pages of the brief where they are cited**, see Fed. R. App. P. 28(a)(3).

Record citations were not found. **Every assertion in briefs regarding matters in the record must be supported by a reference to the page number of the original record, whether in paper or electronic form, where the matter is found, using the record citation form as directed by the Clerk of Court.** See Fed. R. App. P. 28(a)(8)(A) and 5th Cir. R. 28.2.2. See Form 1 "http://www.ca5.uscourts.gov/docs/default-source/forms/fifth-circuit-court-of-appeals-form-1.pdf?sfvrsn=4".

**Citation Guidelines:** Pursuant to 5th Cir. R. 28.2.2, use the following citation format:

- For single record cases, use "ROA." followed by the page number (e.g., "ROA.123").
- For multiple record cases, cite "ROA." followed by the Fifth Circuit appellate case number, followed by the page of the record (e.g., "ROA.13-12345.123").
- Each citation must end with a period (.) or semicolon (;).

**Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system.** Please do not send paper copies of the brief until requested to do so by the clerk's office. The

brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Casey A. Sullivan, Deputy Clerk
        504-310-7642

cc:
    Ms. Norma N. Bennett
    Mr. Kenneth Michael Trujillo-Jamison