No. 25-50951
IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

JUSTIN RIDDLE,
*Plaintiff-Appellant*

*v.*

X CORP.,
*Defendant-Appellee.*

---

APPEAL FROM A JUDGMENT OF THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS, NO. 1:25-CV-73 (ALBRIGHT, J.)

---

**DEFENDANT-APPELLEE X CORP.'S OPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

---

KENNETH M. TRUJILLO-JAMISON
WILLENKEN LLP
707 WILSHIRE BLVD., SUITE 4100
LOS ANGELES, CALIFORNIA 90017
TELEPHONE: (213) 955-9240
FACSIMILE: (213) 955-9250

*Attorneys for Defendant-Appellee X Corp.*

# **CERTIFICATE OF INTERESTED PERSONS**

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

**Plaintiff-Appellant:** Justin Riddle

**Defendant-Appellee**: X Corp., represented by Kenneth M. Trujillo-Jamison of Willenken LLP.

*/s/ Kenneth M. Trujillo-Jamison*
Kenneth M. Trujillo-Jamison
*Attorneys for Defendant-Appellee X Corp.*

Under Rule 31.4.3.1 of the Rules and Internal Operating Procedures of the United States Court of Appeals for the Fifth Circuit, Defendant-Appellee X Corp. respectfully moves for a 30-day extension of its January 26, 2026 deadline to file appellee's brief in this appeal.

### CERTIFICATE OF CONFERENCE

On January 20, 2026, I conferred with *pro se* Plaintiff-Appellant Justin Riddle by email about the relief sought in this Motion. Riddle opposes this Motion.

### GOOD CAUSE SHOWN FOR EXTENSION

1. This case was docketed on November 18, 2025.

2. On December 12, 2025, Riddle filed an Opposed Emergency Motion for Immediate Relief Pending Appeal (ECF No. 20), to which X Corp. was required to respond and did so on December 22, 2025 (ECF No. 21). This Court denied Riddle's motion on December 23, 2025.

3. Two days later—on Christmas Day—Riddle filed a document docketed as "Appellant's Brief" on Christmas Day. But this Court did not accept a version of that brief as a sufficient brief until January 20, 2026—six days before X Corp.'s deadline for its brief.

1

4. Although Riddle's Sufficient Brief, unlike his prior submissions, contains some record citations, it still makes numerous, vague assertions as to what the district court did or failed to do without specific page citations. *See, e.g.*, ECF No. 31-1 at 52 ¶¶ 56–61. Riddle's failure to include record citations in his brief until January 20, 2026, and his continued failure to include specific page citations for many points in his brief, has impacted X Corp.'s ability to prepare its response to those assertions.

5. Moreover, the undersigned counsel for X Corp. also is lead counsel in four other cases with briefs due between now and the deadline for X Corp.'s brief in this case. His obligations to those other cases also will impact his availability between the date of this Motion and X Corp.'s deadline to prepare its response.[1]

6. This is X Corp.'s first request for an extension in this appeal.

7. Thus, for the reasons stated above, good cause exists for a 30-day extension of X Corp.'s deadline to file its responsive brief.

---

[1] Those cases are *Maheu v. Twitter, Inc.*, No. 25-1608 (2d Cir.); *Williams v. X Corp.*, No. 4:25-cv-01084-P-BJ (N.D. Tex.); *Wollner v. Musk, et al.*, No. 25-cv-14400-SMM (S.D. Fla.); and *Chau v. City & Cnty. of S.F.*, No. 3:25-cv-10592-EMC (N.D. Cal.).

2

# **PRAYER**

Based upon the foregoing, X Corp. respectfully requests a 30-day extension, to and including February 25, 2026, of its deadline to file its brief.

Respectfully submitted,

Dated:  January 20, 2026

*/s/ Kenneth M. Trujillo-Jamison*
Kenneth M. Trujillo-Jamison
WILLENKEN LLP
707 Wilshire Blvd., Suite 4100
Los Angeles, CA 90017
Telephone: (213) 955-9240
ktrujillo-jamison@willenken.com

*Attorneys for Defendant-Appellee X Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2026, this document was served via CM/ECF on Plaintiff-Appellee and all registered counsel and transmitted to the Clerk of the Court.

*/s/ Kenneth M. Trujillo-Jamison*

Kenneth M. Trujillo-Jamison
*Attorneys for Defendant-Appellee*
*X Corp.*

## **CERTIFICATE OF COMPLIANCE**

This document complies with the length limits set forth in Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 418 words, excluding the accompanying documents authorized by Federal Rule of Appellate Procedure 27(a)(2)(B).

This document complies with the typeface and type-style requirements imposed by Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared in a proportionally spaced, serifed typeface using Microsoft Word in 14-point Century Schoolbook font.

*/s/ Kenneth M. Trujillo-Jamison*

Kenneth M. Trujillo-Jamison
*Attorneys for Defendant-Appellee*
*X Corp.*
