No. 25-50951

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**JUSTIN RIDDLE,**

Plaintiff-Appellant,

v.

**X CORP.,**

Defendant-Appellee.

Appeal from a Judgment of the United States District Court
for the Western District of Texas, No. 1:25-CV-73 (Albright, J.)

## PLAINTIFF-APPELLANT JUSTIN RIDDLE'S NOTICE FOR THE RECORD AND MOTION FOR JUDICIAL NOTICE

Justin Riddle
Plaintiff-Appellant, Pro Se
Omaha, Nebraska

**NOTICE FOR THE RECORD AND MOTION FOR JUDICIAL NOTICE**

Plaintiff-Appellant Justin Riddle respectfully submits this notice to deposit a single factual item into the record of this appeal and requests that this Court take judicial notice of its contents pursuant to Federal Rule of Evidence 201.

## 1. THE FACTUAL ITEM.

The factual item is a recorded telephone call placed by Riddle to the chambers of the Honorable Alan D. Albright, United States District Judge, Western District of Texas. The recording is publicly accessible at:

https://youtu.be/VvdxPawU5Sw

The recording's existence has been a matter of record in proceedings related to this case for approximately ten months. Its contents include the following statements by Riddle to the chambers staff member:

- "Thanks though for your time"
- "I appreciate it"
- "Have a good day"

- Consistent use of "sir" throughout the call
- The explicit statement: "I'm not discussing case merits"

The recording shows a polite, professional, and brief communication explicitly limited to non-merits matters.

## 2. WHY THIS NOTICE IS BEING SUBMITTED.

Defendant-Appellee X Corp.'s Reply in Support of Motion for Filing Restrictions (ECF No. 76, filed May 6, 2026) represents to this Court that Riddle has engaged in "harassing communications with, and threats of, the district court, its personnel, and X Corp.'s counsel," and that Riddle's opposition does not deny those communications. ECF No. 76 at 4.

The single communication between Riddle and any member of district court personnel is the recorded call referenced above. The recording contradicts the representation that the communication was harassing.

The Reply is the third or fourth filing in which X Corp.'s counsel has placed before a federal court the representation that Riddle engaged

in harassing communications with court personnel. Each iteration has occurred after the recording's existence was identifiable in the record.

Riddle submits this notice so that the recording itself is part of the record of this appeal, accessible to any reviewer who wishes to verify the underlying communication, and so that the representations in the Reply do not stand on the docket without the contradicting record artifact alongside them.

## 3. RELIEF REQUESTED.

Riddle requests that this Court take judicial notice of the recording referenced above, pursuant to Federal Rule of Evidence 201, as a fact "not subject to reasonable dispute" because it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned" — specifically, the publicly accessible audio file itself.

Riddle does not, by this notice, seek any other relief. He does not seek discipline of counsel. He does not seek alteration of the briefing schedule. He requests only that the recording be acknowledged on the record of this appeal so that any disposition of pending matters reflects

the underlying factual record rather than only the representations made about that record.

## 4. CONCLUSION.

The recording exists. The recording contradicts a representation made repeatedly to this Court. The recording is publicly accessible and verifiable in approximately 90 seconds. Riddle respectfully requests that this Court take notice of the recording and that the docket of this appeal reflect its existence as a factual matter for the record.

Dated: May 8, 2026

Respectfully submitted,

/s/ Justin Riddle
Justin Riddle
Plaintiff-Appellant, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2026, this document was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court.

/s/ Justin Riddle
Justin Riddle, Pro Se

## CERTIFICATE OF COMPLIANCE

This document complies with the length limits set forth in Federal Rule of Appellate Procedure 27(d)(2)(A). It complies with the typeface and type-style requirements imposed by Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared in a proportionally spaced, serifed typeface using 14-point Century Schoolbook font.

/s/ Justin Riddle
Justin Riddle, Pro Se