# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 26, 2026

Mr. Justin Riddle
16422 Patrick Avenue
Omaha, NE 68116

        No. 25-50951    Riddle v. X Corp
                        USDC No. 1:25-CV-73

Dear Mr. Riddle,

A **Certificate of Compliance** is missing.  A Certificate of Compliance is required and must include a word count.  See FED. R. APP. P.32(g), 32(g)(1) and 5TH CIR. R.32.3.

You have not signed your motion to take judicial notice in accordance with FED. R. APP. P.32(d).

You have 10 days from the date of this letter to file corrected motion for judicial notice.


                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Casey A. Sullivan, Deputy Clerk
                    504-310-7642

cc:
    Ms. Norma N. Bennett
    Mr. Kenneth Michael Trujillo-Jamison