# United States Court of Appeals
# for the Fifth Circuit

---

No. 25-50951

---

Justin Riddle,

*Plaintiff—Appellant*,

*versus*

X Corp., *formerly known as* Twitter, Incorporated,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:25-CV-73

---

ORDER:

IT IS ORDERED that Appellant's motion for leave to file a motion that exceeds the word limitation is DENIED. IT IS FURTHER ORDERED that Appellant's motion requesting the court to identify which portions of the motion to eliminate to make the motion sufficient is DENIED.

Don R. Willett
United States Circuit Judge