# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 18, 2026

Mr. Justin Riddle
16422 Patrick Avenue
Omaha, NE 68116

    No. 25-50951    Riddle v. X Corp
                    USDC No. 1:25-CV-73

Dear Mr. Riddle,

The motions for judicial notice filed on 5/25/2026 and on 5/27/2026 will not be considered as they are insufficient.


                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Casey A. Sullivan, Deputy Clerk
                    504-310-7642

cc:
    Ms. Norma N. Bennett
    Mr. Kenneth Michael Trujillo-Jamison