# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 13, 2026

Lyle W. Cayce
Clerk

No. 25-50951
Summary Calendar

Justin Riddle,

*Plaintiff—Appellant*,

*versus*

X Corp., *formerly known as* Twitter, Incorporated,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:25-CV-73

## JUDGMENT

Before Richman, Southwick, and Willett, *Circuit Judges*.

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.