# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 03, 2026

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

No. 25-50951 Riddle v. X Corp
USDC No. 1:25-CV-73

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Casey A. Sullivan, Deputy Clerk
504-310-7642

cc:
Ms. Norma N. Bennett
Mr. Justin Riddle
Mr. Kenneth Michael Trujillo-Jamison